**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>ROSE JACKSON<br><br>Debtor(s) | Case No. 16-01444 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/18/2016.

2) The plan was confirmed on 03/01/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 12/13/2016.

6) Number of months from filing to last payment: 5.

7) Number of months case was pending: 12.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $1,300.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $1,300.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $966.85 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $61.12 |
| Other | $32.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $1,059.97

Attorney fees paid and disclosed by debtor:       $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACL INC | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 1,858.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 312.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 1,014.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 6,850.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Unsecured | 1,086.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 860.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 143.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 552.00 | NA | NA | 0.00 | 0.00 |
| BCA | Unsecured | 142.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO HEIGHTS WATER DEPT | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO HEIGHTS WATER DEPT | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CITY OF BLUE ISLAND | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| CITY OF BLUE ISLAND | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF FINANCE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO PARKING BUREAU | Unsecured | 4,000.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO PARKING BUREAU | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CITY OF COUNTRY CLUB HILLS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CITY OF COUNTRY CLUB HILLS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CITY OF COUNTRY CLUB HILLS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CITY OF MARKHAM | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED ADJUSTMENT SERVICE | Unsecured | 885.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED CONSULTANTS INC | Unsecured | 884.00 | NA | NA | 0.00 | 0.00 |
| DR LEONARDS | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL COLLECTION BURE | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL COLLECTION BURE | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| FRANCISCAN ALLIANCE | Unsecured | 926.00 | NA | NA | 0.00 | 0.00 |
| FRANCISCAN ALLIANCE | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| GINNYS | Unsecured | 263.00 | 263.16 | 263.16 | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 14,763.00 | NA | NA | 0.00 | 0.00 |
| HERITAGE ACCEPTANCE CORP | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| KARDASIS C MD | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| KARDASIS C MD | Unsecured | 295.00 | NA | NA | 0.00 | 0.00 |
| KARDASIS C MD | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| KARDASIS C MD | Unsecured | 894.00 | NA | NA | 0.00 | 0.00 |
| KARDASIS C MD | Unsecured | 295.00 | NA | NA | 0.00 | 0.00 |
| KARDASIS C MD | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| METROSOUTH MEDICAL CENTER | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 1,314.00 | NA | NA | 0.00 | 0.00 |
| MULTACK EYECARE | Unsecured | 135.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL ACCOUNT SERVICES | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE LOANS | Secured | 2,310.00 | NA | 7,511.00 | 138.45 | 101.58 |
| NATIONWIDE LOANS | Unsecured | 5,201.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 300.00 | 1,627.63 | 1,627.63 | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 2,483.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK | Unsecured | 344.00 | NA | NA | 0.00 | 0.00 |
| PORANIA | Unsecured | NA | 666.19 | 666.19 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 2,869.00 | NA | NA | 0.00 | 0.00 |
| RETINA ASSOCIATES | Unsecured | 122.00 | NA | NA | 0.00 | 0.00 |
| SEIU HEALTHCARE | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| SEIU HEALTHCARE | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| SEIU HEALTHCARE | Unsecured | 152.00 | NA | NA | 0.00 | 0.00 |
| SEIU HEALTHCARE | Unsecured | 37.00 | NA | NA | 0.00 | 0.00 |
| SEIU HEALTHCARE | Unsecured | 13.00 | NA | NA | 0.00 | 0.00 |
| SEIU HEALTHCARE | Unsecured | 1,314.00 | NA | NA | 0.00 | 0.00 |
| SEIU HEALTHCARE | Unsecured | 157.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 800.00 | 884.66 | 884.66 | 0.00 | 0.00 |
| SSH OLYMPIA FIELDS | Unsecured | 1,858.00 | NA | NA | 0.00 | 0.00 |
| ST JAMES HOSPITAL & HEALTH CTR | Unsecured | 1,314.00 | NA | NA | 0.00 | 0.00 |
| ST JAMES HOSPITAL HEALTH CTR | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| State Collection Servi | Unsecured | 661.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| TRUSTMARK RECOVERY | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |
| UNIQUE INSURANCE | Unsecured | 197.00 | NA | NA | 0.00 | 0.00 |
| UNIQUE INSURANCE | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF FLOSSMOOR | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $7,511.00 | $138.45 | $101.58 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$7,511.00** | **$138.45** | **$101.58** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$3,441.64** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,059.97 |
| Disbursements to Creditors | $240.03 |
| **TOTAL DISBURSEMENTS :** | **$1,300.00** |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 01/19/2017                              By: /s/ Tom Vaughn
                                                        Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**